1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC, a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC, ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTIBUTIONS INC, a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC, a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an individual, SOFT AND SMOOTH DELIVERIES INC, a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC, a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC, a California corporation, ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC, a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation,<br><br>    Plaintiffs, | Case No. 2:21-cv-02217-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed:  September 23, 2021<br>Trial Date:           None Set<br>Judge:                 Hon. William B. Shubb |

v.

FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive,

Defendants.

The Court having reviewed the Parties Stipulation to Continue the April 11, 2022 Status (Pretrial Scheduling) Conference, and for good cause shown, IT IS HEREBY ORDER as follows:

The Rule 16 Scheduling Conference scheduled for April 11, 2022 at 1:30 p.m. is continued to April 25, 2022 at 1:30 p.m. with the Parties to file a Joint Status Report by April 11, 2022.

IT IS SO ORDERED:

Dated:  March 30, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE