1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ELLYN MOSCOWITZ (SBN 129287)
   emoscowitz@kellergrover.com
3  ROBERT W. SPENCER (SBN 238491)
   rspencer@kellergrover.com
4  **KELLER GROVER LLP**
5  1965 Market Street
   San Francisco, California 94103
6  Telephone: (415) 543-1305
   Facsimile: (415) 543-7861
7

8  SCOT BERNSTEIN (SBN 94915)
   swampadero@sbernsteinlaw.com
9  **LAW OFFICES OF SCOT D. BERNSTEIN,**
   **A PROFESSIONAL CORPORATION**
10 101 Parkshore Drive, Suite 100
   Folsom, California 95630
11 Telephone: (916) 447-0100
   Facsimile: (916) 933-5533
12

13 *Attorneys for Plaintiffs*

14 [ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]
15

16                **UNITED STATES DISTRICT COURT**

17                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC., a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC., ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTRIBUTIONS INC., a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC., a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an | Case No. 2:21-CV-02217-WBS-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND MODIFY STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>Complaint filed: September 23, 2021<br>Case Removed: December 1, 2021<br>Trial Date: None |

individual, SOFT AND SMOOTH DELIVERIES INC., a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC., a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC., a California corporation, ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC., a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation;

   Plaintiffs,

v.

FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive,

   Defendants.

1    This Stipulation to Continue Trial and Modify Status (Pretrial Scheduling) Order
2    ("Stipulation") is made by and between Plaintiffs Jimmy Herrera, JH Distributors Corporation,
3    Brian Botelho, All Pro Bakery Distributing Inc., Charles LaRay Davis, LA Ray Davis, Inc., Kevin
4    Densmore, Densmore Distribution Inc., Alexandria Guyton, Guyton Girl Distributions Inc.,
5    Michael Hernandez, Hernandez Distribution Inc., David Munoz, Early Bird Delivery, Anthony
6    Porreca, Bread Raxx Inc., Fernando Ramirez, Soft and Smooth Deliveries Inc., Sylvie Serrano,
7    Serrano Inc., Alejandro Soleta, Aljand Distributing Inc., Anthony Tavarez, Big Time Distributing,
8    Francisco Trovao, Thunder Bread Inc., Harold Wilson, and Harold K. Wilson III Incorporated
9    (collectively, "Plaintiffs") and Defendants Flowers Baking Co. of Modesto, LLC, Flowers Baking
10   Co. of California, LLC, and Flowers Baking Co. of Stockton, LLC (collectively "Defendants"),
11   through their respective counsel of record.  As outlined below, the Parties request that the trial be
12   continued from October 31, 2023 to a date on or after May 21, 2024 to permit the parties to
13   complete the remaining discovery.

14    By Order dated April 20, 2022, the Court set a discovery deadline of April 24, 2023 and
15   trial date in the case of two of the plaintiffs, Sylvie Serrano and Serrano Inc., whose matters will
16   not shift to arbitration after the close of discovery.  Since that time, the parties have engaged in
17   extensive discovery, including exchanging written discovery and the production of thousands of
18   documents and the taking of six depositions by Plaintiffs, with several more scheduled to take
19   place in March and April.  The parties are also currently working a schedule to depose each of the
20   individual Plaintiffs and expect that those depositions will not be completed until approximately
21   July 2023.

22    The parties expect to have all non-expert discovery completed by September 29, 2023 and
23   all expert discovery completed by December 31, 2023.

### STIPULATION

25    WHEREAS, the parties have been actively and diligently engaged in discovery,
26   cooperatively conducting extensive discovery without the need of Court intervention;
27    WHEREAS, the parties have conducted extensive written discovery, including
28   propounding and responding to interrogatories and requests for production of documents;

1   WHEREAS, the parties have produced nearly thousands of pages of documents;

2   WHEREAS, six depositions have been conducted to date and between 15 and 30
3   depositions are being scheduled for the coming months;

4   WHEREAS, for the reasons outlined above, the parties request that that the deadlines for
5   disclosing experts, disclosing rebuttal experts, the discovery and expert discovery cutoff dates, the
6   dispositive motion filing deadlines all be continued, as set forth below;

7   WHEREAS, for the reasons outlined above, the parties request that the August 28, 2023
8   final pre-trial conference and the October 31, 2023 trial date be continued to a date on or after
9   May 29, 2024; and

10   NOW THEREFORE, the Parties agree and stipulate to the new deadlines below:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Expert Disclosures: | February 28, 2023 | September 15, 2023 |
| Supplemental/Rebuttal Discl: | March 27, 2023 | October 13, 2023 |
| Expert Discovery Cutoff: | April 24, 2023 | December 31, 2023 |
| Discovery Cutoff: | April 24, 2023 | September 29, 2023 |
| Motions (except for continuances, restraining orders, and other emergency applications): | June 12, 2023 | February 9, 2024 |
| Final Pretrial Conference: | August 28, 2023 | March 25, 2024 |
| Trial: | October 31, 2023 | May 29, 2024 |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED:  March 8, 2023 | **OGLETREE, DEAKINS, NASH SMOAK** |
| 2 | | **& STEWART, P.C.** |

By: /s/ *Jared L. Palmer*
    Alexander M. Chemers
    Jared L. Palmer
    Heidi G. Kim
    Attorneys for Defendants

DATED: March 8, 2023     **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
    Eric A. Grover
    Ellyn Moscowitz
    Robert Spencer
    Attorneys for Plaintiffs

### SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED: March 8, 2023                    **KELLER GROVER LLP**


By: /s/ *Robert Spencer*
    Eric A. Grover
    Ellyn Moscowitz
    Robert Spencer
    Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING THEREFOR, the Court hereby modifies the Status (Pretrial Scheduling) Order (Dkt. #9) as follows:

NOW THEREFORE, the Parties agree and stipulate to the new deadlines below:

|  | Current Deadline: | New Deadline: |
|---|---|---|
| Expert Disclosures: | February 28, 2023 | September 15, 2023 |
| Supplemental/Rebuttal Discl: | March 27, 2023 | October 13, 2023 |
| Expert Discovery Cutoff: | April 24, 2023 | December 31, 2023 |
| Discovery Cutoff: | April 24, 2023 | September 29, 2023 |
| Motions (except for continuances, restraining orders, and other emergency applications): | June 12, 2023 | February 9, 2024 |
| Final Pretrial Conference: | August 28, 2023 | **April 22, 2024 at 1:30 p.m.** |
| Jury Trial: | October 31, 2023 | **June 25, 2024 at 9:00 a.m.** |

**IT IS SO ORDERED.**

Dated:  March 10, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE