

# United States District Court
# Eastern District of California

| JIMMY HERRERA, individual, t al. | C Number: 2:21-cv-02217-WBS-CKD |
|---|---|
| Plaintiff(s) | |
| V | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| FLOWERS BAKING CO. O MODESTO, LLC | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California

KEVIN P HISHTA hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party parties:

Defendants Flowers Baking Co of Modesto, LLC, Flowers Baking Co. of California, LLC and Flowers Baking Co. of Stockton, LLC

On 12/13/1982 (date), I was admitted to practice and presently in good standing in the United States District Court, Northern Dist. of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ have / ✔ have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/08/2023        Signature of Applicant  / /  Kevin P Hishta

Pro Hac Vice Attorney

| | |
|---|---|
| Applicant's Name: | KEVIN P. HISHTA |
| Law Firm Name: | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Address: | 191 Peachtree Street, NE |
| | Suite 4800 |
| City: | Atlanta    State: GA    Zip: 30303 |
| Phone Number w/Area Code: | (404) 881-1300 |
| City and State of Residence: | Atlanta, Georgia |
| Primary E-mail Address: | kevin.hishta@ogletreedeakins.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jared L. Palmer |
| Law Firm Name: | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| Address: | One Embarcadero Center |
| | Suite 900 |
| City: | San Francisco    State: CA    Zip: 94111 |
| Phone Number w/Area Code: | (415) 442-4810    Bar #: 287974 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 11, 2023

*/s/ Morrison C. England, Jr.*

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE
for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE