ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California  94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California  95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC., a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC., ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTRIBUTIONS INC., a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC., a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an | Case No. 2:21-CV-02217-WBS-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER**<br><br><br>Complaint filed: September 23, 2021<br>Case Removed:  December 1, 2021<br>Trial Date: June 25, 2024 |

| | |
|---|---|
| 1 | individual, SOFT AND SMOOTH DELIVERIES ) |
| | INC., a California Corporation, SYLVIE ) |
| 2 | SERRANO, an individual, SERRANO INC., a ) |
| | California Corporation, ALEJANDRO SOLETA, ) |
| 3 | an individual, ALJAND DISTRIBUTING INC., a ) |
| | California corporation, ANTHONY TAVAREZ, ) |
| 4 | an individual, BIG TIME DISTRIBUTING, a ) |
| 5 | California corporation, FRANCISCO TROVAO, ) |
| | and an individual, THUNDER BREAD INC., a ) |
| 6 | California corporation, HAROLD WILSON, an ) |
| | individual, and HAROLD K WILSON III ) |
| 7 | INCORPORATED, a California Corporation; ) |
| 8 |          Plaintiffs,    ) |
| 9 |      v.    ) |
| 10 | FLOWERS BAKING CO. OF MODESTO, LLC; ) |
| | FLOWERS BAKING CO. OF CALIFORNIA, ) |
| 11 | LLC; FLOWERS BAKING CO. OF STOCKTON, ) |
| 12 | LLC; and DOES 1 through 100, inclusive, ) |
| 13 |          Defendants.    ) |

STIPULATION & [PROPOSED] ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER      2      CASE NO. 2:21-CV-02217-WBS-CKD

This Stipulation to Modify Status (Pretrial Scheduling) Order ("Stipulation") is made by and between Plaintiffs Jimmy Herrera, JH Distributors Corporation, Brian Botelho, All Pro Bakery Distributing Inc., Charles LaRay Davis, LA Ray Davis, Inc., Kevin Densmore, Densmore Distribution Inc., Alexandria Guyton, Guyton Girl Distributions Inc., Michael Hernandez, Hernandez Distribution Inc., David Munoz, Early Bird Delivery, Anthony Porreca, Bread Raxx Inc., Fernando Ramirez, Soft and Smooth Deliveries Inc., Sylvie Serrano, Serrano Inc., Anthony Tavarez, Big Time Distributing, Francisco Trovao, Thunder Bread Inc., Harold Wilson, and Harold K. Wilson III Incorporated (collectively, "Plaintiffs") and Defendants Flowers Baking Co. of Modesto, LLC, Flowers Baking Co. of California, LLC, and Flowers Baking Co. of Stockton, LLC (collectively "Defendants") (together with Plaintiffs, the "Parties"), through their respective counsel of record. As outlined below, the Parties request that the fact discovery cutoff be extended by one month from September 29, 2023, to October 31, 2023, to permit the Parties to complete the remaining discovery.

By Order dated March 13, 2023, the Court previously extended the fact discovery cutoff from April 24, 2023, to September 29, 2023. Since that time, the Parties have engaged in extensive discovery. The Parties are also currently working on a schedule to depose each of the individual Plaintiffs. The Parties also need the additional time given the parties are meeting and conferring with regard to the depositions of the Plaintiff entities. The Parties expect to have all fact discovery completed by October 31, 2023.

As the Parties are currently focused on completing non-expert discovery, they need additional time to complete expert disclosures and expert discovery. The Parties expect to have all expert discovery completed for those Plaintiffs whose claims will not be submitted to arbitration by January 26, 2024.

Finally, the Parties have agreed to a set date for Defendants to make demands for arbitration with the American Arbitration Association in connection with the claims of the Plaintiffs for whom the Parties have stipulated to arbitration. Defendants will make all such demands for arbitration by no later than September 29, 2023.

# **STIPULATION**

WHEREAS, the Parties have been actively and diligently engaged in discovery, cooperatively conducting extensive discovery without the need of Court intervention;

WHEREAS, the Parties have conducted extensive written discovery, including propounding and responding to interrogatories and requests for production of documents;

WHEREAS, the Parties have produced nearly thousands of pages of documents;

WHEREAS, nine depositions have been conducted to date and between 13 and 26 depositions are being scheduled for the coming months;

WHEREAS, for the reasons outlined above, the Parties request that that the deadline for the fact discovery cutoff date be briefly continued, as set forth below;

WHEREAS, for the reasons outlined above, the Parties request that that the deadlines related to expert discovery be briefly continued, as set forth below.

NOW THEREFORE, the Parties agree and stipulate to the new deadlines below:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Discovery Cutoff: | September 29, 2023 | October 31, 2023 |
| Expert Disclosures: | September 15, 2023 | November 7, 2023 |
| Supplemental/Rebuttal Disclosures: | October 13, 2023 | December 5, 2023 |
| Expert Discovery Cutoff: | December 31, 2023 | January 26, 2024 |
| Last Day to Submit Arbitration Demands: | N/A | October 31, 2023 |

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: August 25, 2023 | **OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.** |

By: /s/ *Jared L. Palmer*
  Alexander M. Chemers
  Jared L. Palmer
  Heidi G. Kim
  Attorneys for Defendants

DATED: August 25, 2023     **KELLER GROVER LLP**

By: /s/ *Robert Spencer*
  Eric A. Grover
  Ellyn Moscowitz
  Robert Spencer
  Scott Bernstein
  Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED: August 25, 2023 **KELLER GROVER LLP**

By: /s/ *Robert Spencer*
  Eric A. Grover
  Ellyn Moscowitz
  Robert Spencer
  Attorneys for Plaintiffs

# [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, the Court hereby modifies the Status (Pretrial Scheduling) Order (Dkt. #9) and Stipulation and Order to Continue Trial and Modify Status (Pretrial Scheduling) Order (Dkt. #12) as follows:

NOW THEREFORE, the Parties agree and stipulate to the new deadline below:

|  | Current Deadline: | New Deadline: |
|---|---|---|
| Discovery Cutoff: | September 29, 2023 | October 31, 2023 |
| Expert Disclosures: | September 15, 2023 | November 7, 2023 |
| Supplemental/Rebuttal Disclosures: | October 13, 2023 | December 5, 2023 |
| Expert Discovery Cutoff: | December 31, 2023 | January 26, 2024 |
| Last Day to Submit Arbitration Demands: | N/A | October 31, 2023 |

**IT IS SO ORDERED.**

**Dated:  August 28, 2023**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
herr22cv2217.stip.sched