JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
HEIDI G. KIM, CA Bar No. 306641
heidi.kim@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:      415-442-4870

ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:      213-239-9045

Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC, FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF STOCKTON, LLC

[Additional Counsel Below]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC, a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC, ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTIBUTIONS INC, a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC, a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an individual, SOFT AND SMOOTH DELIVERIES INC, a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC, a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC, a California corporation, | Case No. 2:21-cv-02217-WBS-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT AND DATES OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL**<br><br>Date:<br>Time:<br>Location:<br><br>Complaint Filed: September 23, 2021<br>Trial Date:          None Set<br>Judge:                Hon. William B. Shubb |

| | |
|---|---|
| 1 | ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC, a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | v. |
| 7 | FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive, |
| 8 | |
| 9 | |

FRANK L. TOBIN, CA Bar No. 166344
frank.tobin@ogletree.com
KEENAN O' CONNOR, CA Bar No. 311800
keenan.oconnor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:     858-652-3100
Facsimile:      858-652-3101

KEVIN P. HISHTA (*Pro Hac Vice*)
kevin.hishta@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303
Telephone:     404.881.1300
Facsimile:      404.870.1732

Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC, FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF STOCKTON, LLC

**RECITALS**

Plaintiffs Sylvie Serrano and Serrano Inc. ("Plaintiffs") and Defendants Flowers Baking Co. of Modesto, LLC, Flowers Baking Co. of California, LLC, and Flowers Baking Co. of Stockton, LLC ("Defendants") (collectively, the "Parties") make the following recitals:

1.  On April 21, 2022, the Court issued a Status (Pretrial Scheduling) Order that required "[a]ll motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before June 12, 2023. (ECF No. 9 at p. 4:13-15). The Status (Pretrial Scheduling) Order further required that "[a]ll motions shall be noticed for the next available hearing date." (*Id.* at p. 4:15-16.) The Status (Pretrial Scheduling) Order set a Final Pretrial Conference for August 28, 2023, at 1:30 p.m. and a Jury Trial for October 31, 2023, at 9:00 a.m. (*Id.* at p. 4:21-5:23.)

2.  Pursuant to stipulation, the Court subsequently continued the June 12, 2023, motion filing deadline to February 9, 2024. (ECF No. 12 at p. 7:10-11.) The Court also continued the Final Pretrial Conference date from August 28, 2023, to April 22, 2024, at 1:30 p.m. and the date of the Jury Trial from October 31, 2023, to June 25, 2024, at 9:00 a.m. (*Id.* at p. 7:12-13.)

3.  On January 30, 2024, Counsel for the Parties met and conferred and agreed that a joint hearing date and modified briefing schedule to accommodate their cross-motions for summary judgment or partial summary judgment would provide for judicial economy and allows the Parties to fully brief their respective positions.

4.  On January 31, 2024, counsel for the Parties jointly called the Court's Courtroom Deputy pursuant to the Court's Standard Information to inquire about continuing the hearing date from the next available hearing date to one that would allow the Parties to file their respective summary judgment motions on or before February 9, 2024, file their respective oppositions on or before March 8, 2024, and their respective reply briefs on or before March 22, 2024. The Parties left a voicemail for the Clerk and followed up with an email.

5.  The Court Clerk responded to the Parties' January 31, 2024 email that same day and indicated the Court could hear the Parties' cross-motions for summary judgment or partial summary judgment on April 1, 15, or 29, 2024, and informed the Parties that they would also need

1 to request continuing the dates for the April 22, 2024 Final Pretrial Conference and the June 25, 2024 Trial in their request to continue the briefing schedule on their cross-motions for summary judgment or partial summary judgment. The Court Clerk informed the Parties that if the motions were heard in April, the a then the Final Pretrial Conference could be conducted on July 1 or 15, 2024 at 1:30 p.m. followed by a Trial date of September 24, 2024, or October 8, 2024, at 9:00 a.m. The Parties emailed the Court Clerk on February 2, 2024, to inform the Court of their intention to file this Stipulation with an April 1, 2024, hearing date for the Parties' cross-motions and request the July 15, 2024 Final Pretrial Conference Date and a Trial date of October 8, 2024.

6. Pursuant to L.Rs. 144 and 230, there have been no requests to continue briefing on the Parties' dispositive motions or the hearing date for said motions. The prior request to extend the Final Pretrial Conference date of August 28, 2023, and the Jury Trial date of October 31, 2023, resulted in an approximately six-month extension of the Final Pretrial Conference date to April 22, 2024, and an approximately eight-month continuance of the Jury Trial date to June 25, 2024.

7. Given that this case involves the ABC and *Borello* tests for independent contractor classification, the Parties respectfully request that the Court modify the briefing schedule and continue the Parties' briefing and hearing date pursuant to L.Rs. 144 and 230. There is good cause for granting this short extension as "[p]ublic policy favors disposition of cases on the merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 643 (9th Cir. 2002). The extension will allow the parties to fully brief the issues with all of the available information.

**STIPULATION**

NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:

1. The Parties will file their motions for summary judgment or partial summary judgment on or before February 9, 2024.

2. The Parties will file their oppositions on or before March 8, 2024.

3. The Parties will file their replies in support of their motions for summary judgment or partial summary judgment on or before March 22, 2024.

4. The hearing on the Parties' motions for summary judgment or partial summary judgment will be held on April 1, 2024, at 1:30 p.m. or another date in April that is convenient for

the Court.

5. The Final Pretrial Conference date of April 22, 2024, at 1:30 p.m. is continued to July 15, 2024 at 1:30 p.m.

6. The Jury Trial date of June 25, 2024, at 9:00 a.m. is continued to October 8, 2024 at 9:00 a.m.

**IT IS SO STIPULATED.**

DATED: February 2, 2024                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Jared L. Palmer*
   JARED L. PALMER
   ALEXANDER M. CHEMERS
   HEIDI G. KIM
   FRANK TOBIN
   KEENAN O' CONNOR
   KEVIN P. HISHTA
   Attorneys for Defendants
   FLOWERS BAKING CO. OF MODESTO, LLC, FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF STOCKTON, LLC

DATED: February 2, 2024                              KELLER GROVER LLP


By: */s/ Robert W. Spencer*
   ERIC A. GROVER
   ROBERT W. SPENCER
   Attorneys for Plaintiffs


**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).

DATED: February 2, 2024          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jared L. Palmer*
       JARED L. PALMER
       Attorneys for Defendants

## ORDER

By stipulation and agreement of Plaintiffs Sylvie Serrano and Serrano Inc. ("Plaintiffs") and Defendants Flowers Baking Co. of Modesto, LLC, Flowers Baking Co. of California, LLC, and Flowers Baking Co. of Stockton, LLC ("Defendants") (collectively, the "Parties"), and for good cause shown, the Court sets the following briefing schedule for the Parties' motions for summary judgment or partial summary judgment and continues the Final Pretrial Conference and Jury Trial dates as follows:

1. The Parties shall file their motions for summary judgment or partial summary judgment on or before February 9, 2024.

2. The Parties shall file their oppositions on or before March 8, 2024.

3. The Parties shall file their replies in support of their motions for summary judgment or partial summary judgment on or before March 22, 2024.

4. The hearing on the Parties' motions for summary judgment or partial summary judgment and/or summary adjudication shall be noticed for **April 1, 2023, at 1:30 p.m.**

5. The Final Pretrial Conference date of April 22, 2024, at 1:30 p.m. is continued to **July 15, 2024 at 1:30 p.m.**

6. The Jury Trial date of June 25, 2024, at 9:00 a.m. is continued to **October 8, 2024 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: February 5, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE