JARED L. PALMER, CA Bar No. 287974
jared.palmer@ogletree.com
HEIDI G. KIM, CA Bar No. 306641
heidi.kim@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:    213-239-9045

Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC, FLOWERS
BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING
CO. OF STOCKTON, LLC

*[Additional Counsel Below]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC, a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC, ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTIBUTIONS INC, a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC, a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an individual, SOFT AND SMOOTH DELIVERIES INC, a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC, a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC, a California corporation, | Case No. 2:21-cv-02217-WBS-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON THE PARTIES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed:   September 23, 2021<br>Trial Date:           None Set<br>Judge:                 Hon. William B. Shubb |

1  ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC, a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation,

              Plaintiffs,

       v.

FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive,

FRANK L. TOBIN, CA Bar No. 166344
frank.tobin@ogletree.com
KEENAN O' CONNOR, CA Bar No. 311800
keenan.oconnor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:    858-652-3100
Facsimile:     858-652-3101

KEVIN P. HISHTA (*Pro Hac Vice*)
kevin.hishta@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303
Telephone:    404.881.1300
Facsimile:     404.870.1732

Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC,
FLOWERS BAKING CO. OF CALIFORNIA, LLC, and
FLOWERS BAKING CO. OF STOCKTON, LLC

# RECITALS

Plaintiffs Sylvie Serrano ("Plaintiff") and Defendants Flowers Baking Co. of Modesto, LLC, Flowers Baking Co. of California, LLC, and Flowers Baking Co. of Stockton, LLC ("Defendants") (collectively, the "Parties") make the following recitals:

1. Pursuant to the Court's February 6, 2024 Order to Continue Briefing on the Parties' Motions for Summary Judgment and Dates of Final Pretrial Conference and Jury Trial (ECF No. 25), the Parties were ordered to file their respective motions for summary judgment on or before February 9, 2024, with a noticed hearing date of April 1, 2024, at 1:30 p.m.

2. On February 9, 2024, the Parties filed their respective motions for partial summary judgment with a hearing date of April 1, 2024, at 1:30 p.m. (ECF Nos. 26 and 28.) The Parties filed their respective oppositions on March 8, 2024, and their respective replies on March 22, 2024. (ECF Nos. 31, 33, 35, and 37.)

3. On March 26, 2024, the Court, on its own motion, continued the hearing on the Parties' cross-motions for partial summary judgement from April 1, 2024, at 1:30 p.m. to April 15, 2024, at 1:30 p.m. (ECF No. 39.)

4. Counsel for Defendants is unavailable on April 15, 2024, due to a previously scheduled medical procedure.

5. In light of the conflict for Defense counsel due to the pre-scheduled medical procedure, on March 28, 2024, counsel for Defendants provided Plaintiff's counsel with the next five available hearing dates on the Court's calendar and asked if Plaintiff would stipulate to continue the hearing on the Parties' cross-motions for partial summary judgment to one of the next three available hearing dates, *i.e.*, either April 29, May 13, or May 28, 2024, at 1:30 p.m.

6. On March 28, 2024, counsel for the Parties met and conferred and agreed to stipulate to a continuance of the hearing to May 13, 2024, at 1:30 p.m. based on all counsels' availability.

7. On March 28, 2024, counsel for Defendants emailed the Court's Courtroom Deputy pursuant to the Court's Standard Information, copying all Parties, to inquire about continuing the hearing date on the Parties' respective motions for partial summary judgment from April 15, 2024,

1  at 1:30 p.m. to May 13, 2024, at 1:30 p.m.

2      8.    The Courtroom Deputy responded to Defense counsel's email that same day and
3  indicated May 13, 2024, at 1:30 p.m. is an available hearing date, pending the Court's approval of
4  the stipulated request and proposed order.

5      9.    Pursuant to L.Rs. 144 and 230, there has not been a request to continue the hearing
6  date for the Parties' noticed cross-motions for partial summary judgment.

7      10.    Good cause for granting this short continuance exists due to the scheduled medical
8  procedure.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Defendants stipulate as follows:

1. The hearing on the Parties' respective motions for partial summary judgment will be held on May 13, 2024, at 1:30 p.m.

**IT IS SO STIPULATED.**

DATED: March 29, 2024

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jared L. Palmer*
JARED L. PALMER
ALEXANDER M. CHEMERS
HEIDI G. KIM
FRANK TOBIN
KEENAN O' CONNOR
KEVIN P. HISHTA
Attorneys for Defendants
FLOWERS BAKING CO. OF MODESTO, LLC, FLOWERS BAKING CO. OF CALIFORNIA, LLC, and FLOWERS BAKING CO. OF STOCKTON, LLC

DATED: March 29, 2024                             KELLER GROVER LLP


                                                  By: */s/ Eric A. Grover*
                                                      ERIC A. GROVER
                                                      ROBERT W. SPENCER
                                                      Attorneys for Plaintiffs

**SIGNATURE ATTESTATION**

I attest that I have obtained concurrence in the filing of this document from the other signatories in compliance with Local Rule 131(e).

DATED:  March 29, 2024        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                              By: */s/ Jared L. Palmer*
                                  JARED L. PALMER
                                  Attorneys for Defendants

**ORDER**

By stipulation and agreement of Plaintiffs Sylvie Serrano ("Plaintiff") and Defendants Flowers Baking Co. of Modesto, LLC, Flowers Baking Co. of California, LLC, and Flowers Baking Co. of Stockton, LLC ("Defendants") (collectively, the "Parties"), and for good cause shown, the Court sets the following hearing schedule for the Parties' respective motions for partial summary judgment as follows:

1. The hearing on the Parties' respective motions for partial summary judgment are continued from April 15, 2023, at 1:30 p.m. to May 13, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE