ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California  94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California  95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC., a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC., ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTRIBUTIONS INC., a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC., a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an | Case No. 2:21-CV-02217-WBS-CKD<br><br>**[ORDER] RE: JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed: September 23, 2021<br>Case Removed:  December 1, 2021<br>Final Pretrial Conf: July 15, 2024<br>Trial Date: October 1, 2024 |

| | |
|---|---|
| individual, SOFT AND SMOOTH DELIVERIES INC., a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC., a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC., a California corporation, ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC., a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation; | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

ORDER

On June 27, 2024, the parties filed a Joint Notice of Settlement informing the Court that the parties reached a tentative settlement of the remaining plaintiffs in the federal action. (Dkt. 50). The parties also reached tentative settlements for all but two of the remaining plaintiffs whose actions will proceed in arbitration with AAA. (*Id.*). The parties also informed the Court that it will take approximately 45 days to finalize all the settlements and file a dismissal in this action and requested that the Court vacate the trial and trial-related dates and set an OSC re Dismissal for a date in late August 2024. (*Id.*)

GOOD CAUSE APPEARING, the July 15, 2024 Pretrial Conference and October 8, 2024 trial date and all trial-related dates in this action are VACATED.  A Status Conference is set for **September 23, 2024 at 1:30 p.m.**  Plaintiffs shall file a dismissal by **August 30, 2024.**

**IT IS SO ORDERED:**

Dated: July 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved to as to form:

DATED:  June 28, 2024

**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**

By: /s/ *Jared L. Palmer*
    Frank Tobin
    Alexander M. Chemers
    Jared L. Palmer
    Attorneys for Defendants

1 | DATED: June 28, 2024 **KELLER GROVER LLP**

By: /s/ *Robert Spencer*
   Eric A. Grover
   Ellyn Moscowitz
   Robert Spencer
   Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED: June 28, 2024 **KELLER GROVER LLP**

By: /s/ *Robert Spencer*
    Eric A. Grover
    Ellyn Moscowitz
    Robert Spencer
    Attorneys for Plaintiffs