ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ELLYN MOSCOWITZ (SBN 129287)
emoscowitz@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com
**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC., a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC., ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTRIBUTIONS INC., a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC., a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an | Case No. 2:21-CV-02217-WBS-CKD<br><br>**ORDER TO MODIFY ORDER RE: JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed: September 23, 2021<br>Case Removed: December 1, 2021<br>Trial Date: June 25, 2024 |

individual, SOFT AND SMOOTH DELIVERIES INC., a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC., a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC., a California corporation, ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC., a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation;

   Plaintiffs,

  v.

FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive,

   Defendants.

**ORDER**

GOOD CAUSE APPEARING THEREFOR, the Court hereby modifies Order Re Joint Notice of Settlement (Dkt. # 52) as follows:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Deadline for Plaintiffs to file Dismissal: | August 30, 2024 | October 14, 2024 |
| Status Conference: | September 23, 2024 at 1:30 p.m. | November 4, 2024 at 1:30 p.m. |

DATED:  August 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE