1  ERIC A. GROVER (SBN 136080)
   eagrover@kellergrover.com
2  ELLYN MOSCOWITZ (SBN 129287)
   emoscowitz@kellergrover.com
3  ROBERT W. SPENCER (SBN 238491)
   rspencer@kellergrover.com
4  **KELLER GROVER LLP**
   1965 Market Street
5  San Francisco, California 94103
   Telephone: (415) 543-1305
6  Facsimile: (415) 543-7861
7
8  SCOT BERNSTEIN (SBN 94915)
   swampadero@sbernsteinlaw.com
9
   **LAW OFFICES OF SCOT D. BERNSTEIN,**
10 **A PROFESSIONAL CORPORATION**
   101 Parkshore Drive, Suite 100
11 Folsom, California 95630
   Telephone: (916) 447-0100
12 Facsimile: (916) 933-5533
13
   *Attorneys for Plaintiffs*
14
15 [ADDITIONAL COUNSEL LISTED ON
    SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC., a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC., ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTRIBUTIONS INC., a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC., a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California | Case No. 2:21-CV-02217-WBS-CKD<br><br>**ORDER TO MODIFY ORDER RE: JOINT NOTICE OF SETTLEMENT**<br><br>Complaint filed: September 23, 2021<br>Case Removed: December 1, 2021 |

| | |
|---|---|
| Corporation, FERNANDO RAMIREZ, an individual, SOFT AND SMOOTH DELIVERIES INC., a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC., a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC., a California corporation, ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC., a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive, | ) ) ) ) ) |
| Defendants. | ) ) ) ) |

# ORDER

GOOD CAUSE APPEARING THEREFOR, the Court hereby modifies Order to Modify Order Re: Joint Notice of Settlement (Dkt. # 54) as follows:

|  | **Current Deadline:** | **New Deadline:** |
|---|---|---|
| Deadline for Plaintiffs to file Dismissal: | October 14, 2024 | **November 12, 2024** |
| Status Conference: | November 4, 2024 at 1:30 p.m. | **December 2, 2024 at 1:30 p.m.** |

Dated: October 4, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved to as to form:

DATED: October 3, 2024

**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**

By: /s/ *Jared L. Palmer*
_____
Alexander M. Chemers
Jared L. Palmer
Heidi G. Kim
Attorneys for Defendants

DATED: October 3, 2024

**KELLER GROVER LLP**

By: _____
Eric A. Grover
Ellyn Moscowitz
Robert Spencer
Scott Bernstein
Attorneys for Plaintiffs

# SIGNATURE ATTESTATION

1   I attest that I have obtained concurrence in the filing of this document from the other signatories.

3   DATED: October 3, 2024                    **KELLER GROVER LLP**

5                                             By: _____
                                                  Eric A. Grover
                                                  Ellyn Moscowitz
                                                  Robert Spencer
                                                  Attorneys for Plaintiffs