ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
ROBERT W. SPENCER (SBN 238491)
rspencer@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

SCOT BERNSTEIN (SBN 94915)
swampadero@sbernsteinlaw.com

**LAW OFFICES OF SCOT D. BERNSTEIN,
A PROFESSIONAL CORPORATION**
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 447-0100
Facsimile: (916) 933-5533

*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL LISTED ON
 SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HERRERA, an individual, JH DISTRIBUTORS CORPORATION, a California Corporation, BRIAN BOTELHO, an individual, ALL PRO BAKERY DISTRIBUTING INC., a California corporation, CHARLES LARAY DAVIS, an individual, LA RAY DAVIS BREAD INC., a California corporation, KEVIN DENSMORE, an individual, DENSMORE DISTRIBUTION INC., ALEXANDRIA GUYTON, an individual, GUYTON GIRL DISTRIBUTIONS INC., a California corporation, MICHAEL HERNANDEZ, an individual, HERNANDEZ DISTRIBUTION INC., a California Corporation, DAVID MUNOZ, an individual, EARLY BIRD DELIVERY, a California corporation, ANTHONY PORRECA, an individual, BREAD RAXX INC., a California Corporation, FERNANDO RAMIREZ, an individual, SOFT AND SMOOTH DELIVERIES | Case No. 2:21-CV-02217-WBS-CKD

**ORDER DISMISSING ENTIRE ACTION**

Complaint filed: September 23, 2021
Case Removed:  December 1, 2021 |

INC., a California Corporation, SYLVIE SERRANO, an individual, SERRANO INC., a California Corporation, ALEJANDRO SOLETA, an individual, ALJAND DISTRIBUTING INC., a California corporation, ANTHONY TAVAREZ, an individual, BIG TIME DISTRIBUTING, a California corporation, FRANCISCO TROVAO, and an individual, THUNDER BREAD INC., a California corporation, HAROLD WILSON, an individual, and HAROLD K WILSON III INCORPORATED, a California Corporation;

       Plaintiffs,

  v.

FLOWERS BAKING CO. OF MODESTO, LLC; FLOWERS BAKING CO. OF CALIFORNIA, LLC; FLOWERS BAKING CO. OF STOCKTON, LLC; and DOES 1 through 100, inclusive,

       Defendants.

**ORDER**

This action is dismissed in its entirety pursuant to Rule 41(a)(1)(A)(ii) and the claims of Plaintiffs Jimmy Herrera, JH Distributors Corporation, Brian Botelho, All Pro Bakery Distributing Inc., Charles Laray Davis, La Ray Davis Bread Inc, Kevin Densmore, Densmore Distribution Inc., Alexandria Guyton, Guyton Girl Distributions Inc., Michael Hernandez, Hernandez Distribution Inc., David Munoz, Early Bird Delivery, Anthony Porreca, Bread Raxx Inc., Fernando Ramirez, Soft and Smooth Deliveries Inc., Sylvie Serrano, Serrano Inc., Anthony Tavarez, Big Time Distributing, Franciso Trovao, Thunder Bread Inc, Harold Wilson, Harold K Wilson III Incorporated claims are dismissed with prejudice.[1] The Parties shall bear their own costs and fees associated with this action and the dismissal, except as otherwise provided in the Parties' settlement agreements. The Court hereby terminates all proceedings in this action.

Dated: November 1, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Approved to as to form:

DATED: October 31, 2024

**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**

By: /s/ *Jared L. Palmer*
Alexander M. Chemers
Jared L. Palmer
Heidi G. Kim
Attorneys for Defendants

---

[1] These are all of the remaining plaintiffs in this action. Plaintiffs Alejandro Soleta and Aljand Distributing Inc previously dismissed their claims with prejudice via stipulated dismissal dated June 9, 2023. (Dkt 19).

| | | |
|---|---|---|
| 1 | DATED: October 31, 2024 | **KELLER GROVER LLP** |
| 2 | | By: _/s/ Eric A. Grover_ |
| 3 | | Eric A. Grover |
| 4 | | Robert Spencer<br>Attorneys for Plaintiffs |

### SIGNATURE ATTESTATION

I attest that I have obtained concurrence in the filing of this document from the other signatories.

DATED: October 31, 2024            **KELLER GROVER LLP**

By: _/s/ Eric A. Grover_

Eric A. Grover
Ellyn Moscowitz
Robert Spencer
Attorneys for Plaintiffs